**AFFIRM; and Opinion Filed June 6, 2013.**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

**No. 05-11-00680-CR**

_____

**JACOB WHEELER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F10-57968-H**

### MEMORANDUM OPINION

Before Justices Bridges, O'Neill, and Murphy
Opinion by Justice O'Neill

Appellant Jacob Wheeler appeals his conviction for manslaughter. After finding appellant guilty, the jury assessed punishment, enhanced by a prior felony conviction, at life confinement. In a single issue, appellant contends the trial court erred in overruling his objection to extraneous offense evidence admitted at punishment.

In the punishment phase, the State presented evidence that appellant confessed to several extraneous offenses. Appellant asserts the trial court erred in admitting the extraneous offense evidence because the State failed to present sufficient proof appellant committed the offenses. *See* TEX. CODE CRIM. PROC. ANN. art. 37.07, § 3(a)(1) (West Supp. 2012). In particular, he asserts the State failed to prove the "corpus delicti" of the extraneous offenses. The corpus delicti doctrine requires that evidence independent of a defendant's extrajudicial confession show that the "essential nature" of the charged crime was committed by someone. *Bible v. State,*

162 S.W.3d 234, 246 (Tex. Crim. App. 2005). The corpus delicti doctrine is concerned with preventing a conviction from being based solely upon a false confession. *Id.* at 247. When the offense at issue is extraneous, offered at the punishment stage, no concern about the defendant's conviction arises. *Id.* Therefore, the corpus delicti doctrine does not apply to extraneous offenses offered at the punishment phase. *Cf. id.; see also Padron v. State*, 988 S.W.2d 344, 346 (Tex.App.—Houston [1st Dist.] 1999, no pet.). We resolve the sole issue against appellant.

We affirm appellant's conviction.


/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

110680F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JACOB WHEELER, Appellant

No. 05-11-00680-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 1, Dallas County, Texas
Trial Court Cause No. F10-57968-H.
Opinion delivered by Justice O'Neill.
Justices Bridges and Murphy participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered this 6th day of June, 2013.

/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE